JAMES A. HEARD, State Bar No. 114940
MELANIE SENGUPTA, State Bar No. 244615
MACKENZIE & ALBRITTON LLP
155 Sansome Street, Suite 800
San Francisco, CA 94104
Email: jheard@mallp.com
          m.sengupta@mallp.com
Telephone: (415) 288-4000
Facsimile: (415) 288-4010

Attorneys for Plaintiff GTE MOBILNET OF
CALIFORNIA Limited Partnership,
a California limited partnership d/b/a
VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BRUNO,<br><br>Defendant. | Case No. 3:18-cv-6779<br>Assigned to Hon. Edward M. Chen<br><br>STIPULATION OF DISMISSAL<br><br>Action Filed: November 8, 2018 |

The parties to this action, by their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, pursuant to a negotiated settlement agreement, to the dismissal with prejudice of this action, with each party to bear its own attorney's fees and costs.

51007.00008\33365258.1

Dated: November 24, 2020                MACKENZIE & ALBRITTON LLP

/s/ Melanie Sengupta
Melanie Sengupta
Attorneys for GTE Mobilnet of California, L.P.,
d/b/a Verizon Wireless

Dated: November 24, 2020                BEST BEST & KRIEGER

/s/ Gail Karish
Gail Karish, Attorneys for Defendant
City of San Bruno

**ATTESTATION**

I, Melanie Sengupta, counsel for plaintiff, hereby attest, pursuant to Local Rule 5-1(i)(3), that all other signatories of this document concur in its content and have authorized me to file it.

Dated: November 24, 2020

/s/ Melanie Sengupta
Melanie Sengupta

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA